UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

IN THE MATTER OF APPLICATION
FOR SEARCH WARRANT

Misc. No. 06-049(JAF)

**O R D E R**

On February 28, 2006, the United States filed a motion to quash subpoenas issued by the Office of the General Prosecutor, Pedro G. Goyco-Amador, of the Department of Justice, Commonwealth of Puerto Rico ("PRDOJ"), to compel the production of documents and information from Humberto García, United States Attorney, District of Puerto Rico ("U.S. Attorney García), and from Luis Fraticelli, Special Agent in Charge of the San Juan, Puerto Rico, field office of the Federal Bureau of Investigation ("FBI S/A Fraticelli"). We note that the motion to quash was duly served upon the PRDOJ.

Apparently, the issuance of the subpoenas triggers the government's invocation of the removal principles of this type of actions pursuant to 28 U.S.C. § 1442. See, e.g., State of Louisiana v. Sparks, 978 F.2d 226 (5th Cir. 1992).

Before acting, and in the spirit of preserving the delicate balance between the United States sovereign immunity and any legitimate state interest, a hearing will be held on **March 2, 2006, at 9:30 A.M.**, where the PRDOJ will show cause as to why the information and/or documents sought through the two federal officials should not be protected from disclosure pursuant to 28 C.F.R.

1  §§ 16.22 &16.26(b), and the Supremacy Clause of the United States
2  Constitution.
3  **IT IS SO ORDERED.**
4  San Juan, Puerto Rico, this 1st day of March, 2006.

5  JOSE ANTONIO FUSTE
6  Chief U. S. District Judge