UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN THE MATTER OF APPLICATION FOR SEARCH WARRANT – MOTION TO QUASH SUBPOENA RELATED TO MISC. 06-30 (JAF) | Misc. No. 06-49 (JAF) |

**O R D E R**

The transcript of proceedings held on March 2, 2006, on the Order to Show Cause Hearing, will be scanned into the record. The same contains matters of public interest and no personal identifiers are incorporated into the same.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, this 7th day of March, 2006.

S/José Antonio Fusté
JOSE ANTONIO FUSTE
U. S. District Judge